UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, et al.,

      Plaintiffs,      22-cv-522 (PKC)

  -against-      ORDER

ALITE FLOORING, LLC and ALITE FLOOR
LLC,

      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

  The conference scheduled for July 21, 2023, is adjourned until after August 1 to determine defendants' compliance with the Court's Order of June 30, 2023. By August 4, 2023, defendants shall file an affidavit of compliance. Plaintiffs may respond by August 9, 2023. Thereafter, the Court will reschedule the conference.

  SO ORDERED.

               _____
                 P. Kevin Castel
               United States District Judge

Dated: New York, New York
    July 20, 2023