

# VIRGINIA & AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Maura Moosnick, Esq.**
Associate
mmoosnick@vandallp.com

July 27, 2023

**VIA ELECTRONIC CASE FILING**

Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Trs. of the New York City District Council of Carpenters Pension Fund, et al. v. Alite Flooring, LLC, et al.*; Civil Action No.: 22 CV 0522 (PKC)

Dear Judge Castel:

This firm represents the Plaintiffs (or "Funds") in the above-referenced action. We write with the consent of counsel for the Defendants to seek clarification regarding the due date of the parties' Joint Pretrial Order. The Joint Pretrial Order is due 30 days after the close of fact discovery (see ECF Doc. No. 44). Fact discovery closed on July 1, 2023, rendering the Pretrial Order due August 1, 2023; however, the Plaintiffs have moved to compel Defendants' production of numerous documents and continue to await the Defendants' compliance in accordance with the Court's deadlines (*see generally* ECF Doc Nos. 56-59). The parties thus respectfully request clarification regarding the upcoming pretrial deadlines and propose that all such deadlines be adjourned until after the Court schedules and holds its anticipated conference thereafter (*see* ECF Doc. No. 59).

Respectfully submitted,

/s/Maura Moosnick
Maura Moosnick, Esq.

cc: Richard Ziskin, Esq. (via ECF)

*[Handwritten note:]* The deadline for Final Pretrial Submissions is adjourned to a date to be set after defendants' compliance with the June 30 Order is determined. SO ORDERED.
[signature] USDJ
7-27-23