UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNSEL OF CARPENTERS
PENSION FUND, et al.,

                Plaintiffs,                22-cv-522 (PKC)

    -against-                           ORDER

ALITE FLOORING, LLC,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiffs shall file their proposed Findings of Fact and Conclusions of Law and a Post-Trial Memorandum no later than February 7, 2025. Defendant shall file its proposed Findings of Fact and Conclusions of Law and a Post-Trial Memorandum no later than February 28, 2025. In addition to filing these submission to the public docket, the parties shall send them in Microsoft Word format to the Chambers email account.

        SO ORDERED.

Dated: New York, New York
       January 16, 2025

                                              P. Kevin Castel
                                          United States District Judge

1