UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>Plaintiffs,<br><br>-against-<br><br>ALITE FLOORING LLC and ALITE FLOOR LLC,<br><br>Defendants. | 22 CV 522 (PKC)<br><br>**JUDGMENT** |

This action having been brought by Plaintiffs to recover delinquent contributions, and other associated relief, against Alite Flooring LLC ("Alite"), and a trial having been held before the Court, and the Court having concluded that Alite is liable to Plaintiffs for contributions in the principal amount of $533,053.60 plus twice the interest on those contributions at the prime rate of Citibank plus 2%, audit costs, and an award of reasonable attorneys' fees and costs, and upon the annexed Declaration of Maura Moosnick, Esq. with corresponding exhibits, and Memorandum of Law dated August 1, 2025, and all pleadings, papers, and proceedings heretofore had herein;

NOW, it is hereby:

ORDERED, ADJUDICATED, and DECREED that Plaintiffs, TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR

ALLIANCE OF METROPOLITAN NEW YORK, have judgment against ALITE FLOORING LLC, with a principal place of business at 45 U.S. Route 46 East, Suite 604, Pine Brook, New Jersey 07058, in the principal amount of $533,053.60 representing unpaid contributions, plus twice the interest on those contributions equaling $385,795.74, plus audit costs of $7,861, and plus reasonable attorneys' fees and costs in the amount of $92,567.59, for a total amount inclusive of the foregoing of $1,019,277.93.

_____
P. Kevin Castel
United States District Judge

This document was entered on the docket on August 25, 2025.